HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOHN ALLAN TROTTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-074 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | |
| JOHN ALLAN TROTTER, | ) ) | Date: May 17, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) ) ) | |

The parties stipulate, through respective counsel, that the Court should continue the status conference set on May 17, 2018 to June 28, 2018, at 10:00 a.m.

Defense counsel requires additional time to review discovery in conjunction with a recently received proffered plea agreement, to examine possible defenses, and to continue investigating the facts of the case.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through June 28, 2018, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

Stipulation to Continue -1-

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 16, 2018          HEATHER E. WILLIAMS
                             Federal Defender

                             /s/ M. Petrik
                             MICHAEL PETRIK, Jr.
                             Assistant Federal Defender
                             Attorney for JOHN ALLAN TROTTER

DATED: May 16, 2018          MCGREGOR W. SCOTT
                             United States Attorney

                             /s/ Justin Lee
                             JUSTIN LEE
                             Assistant United States Attorney
                             Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference on June 28, 2018, at 10:00 a.m. Time from the date of the parties stipulation, up to and including June 28, 2018, shall be excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated: May 18, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE